UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
2023 MAY -5 PM 1:33
US DISTRICT COURT
EASTERN DIST. TENN.

Krystle Giles
Name of plaintiff (s)

v.

Federal Agents
Name of defendant (s)

Case No. 3:23-cv-156
(to be assigned by Clerk)
Greer/McCook

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

Federal Agent causing bodily harm while under investigation

2. Plaintiff, Krystle Giles resides at 418 North Broadway St, Knoxville
street address / city
Knox, TN, 37917, 423-320-2961 or 601-955-1168
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, Krystle Criles lives at, or its business is located at
418 North Broadway St, Knoxville,
Knox, TN, 37917.

(if more than one defendant, provide the same information for each defendant below)

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

While living in Knoxville TN at the Knoxville Area Rescue Mission and being under Federal investigation, Federal Agent Are causing me bodily harm. Since ive been at the Rescue Mission im being stung with Something that has burned the skin off my feet. It stings hands, right leg and also makes me very sick. Its All being done to track me 24/7. I have a bullet in my back which makes it easy for me then to do so. I dont know if its Mercury poisoning or the Sting Ray or even from the Jets/planes or drones that follow me around for 2½ years straight either way it goes there is noway that this legal. I cant be around metal nomore or it makes the stings worst or certain lights/sensors. Its also like im  inhaling it also. The more I wrap up the harder it stings and the more ways it finds to hurt me me. I cant fully explain it. I 2 just know whats happening to me and why its happening and who is doing it. Whatever they are doing to me is so powerful it has and still is knocking my teeth out.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

    a. Stop Federal Agents from slowly killing me

    b. Investigate this situation esp at the Rescue Mission

    c. Or atleast Point me in the direction to get help with this situation.

    d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 4th day of May, 2023.

_____
Signature of plaintiff (s)

3